Angelo **MAIETTA**, Plaintiff—Appellant,

v.

**WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND,** Defendant—Appellee.

No. 05–55865.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 23, 2006.*

Decided Jan. 27, 2006.

Angelo Maietta, Henderson, NV, pro se.

R. Bradford Huss, Esq., Clarissa A. Kang, Esq., Trucker & Huss, San Francisco, CA, for Defendant–Appellee.

Before: T.G. NELSON, SILVERMAN and BYBEE, Circuit Judges.

**MEMORANDUM** **

Our review of appellant's opening brief and response to the court's October 19, 2005 order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

